UNITED STATES BANKRUPTCY COURT
FOR THE
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

| | |
|---|---|
| IN RE:<br>    Curtis Leon Cook Aka:<br>    Curtis Cook<br>    Brenda Kay Cook<br>    Aka:Brenda Kay Millard<br>    Debtors | CHAPTER 7<br>BANKRUPTCY NO. 10-50118-WSH |

**APPEARANCE**

\* \* \* \* \* \*

Comes now Jessica L. Newman of MAPOTHER & MAPOTHER, P.S.C., and enters an appearance on behalf of the Creditor herein, Ford Motor Credit Company LLC, and requests that all notices sent by the Clerk pursuant to Bankruptcy Rule 2002 be sent to counsel at the address set forth below.

                MAPOTHER & MAPOTHER, P.S.C.


        BY    /s/ Jessica L. Newman
                Jessica L. Newman
                Counsel for Creditor
                MAPOTHER & MAPOTHER, P.S.C.
                300 East Main Street, Ste 340
                Lexington, KY  40507
                (502)638-4961

Y7C ()/10-00745-0

**CERTIFICATE**

I hereby certify that the foregoing either has been sent electronically, or by first class mail to the persons listed below on the date that this pleading is filed with the court: debtor's attorney, James R Westenhoefer, Attorney at Law, 212 S 3rd St, Richmond, KY  40475-2104, debtor, Curtis Leon Cook Aka: Curtis Cook, 103 North Stacy Lane, Irvine, Kentucky 40336, and debtor, Brenda Kay Cook Aka:Brenda Kay Millard 103 North Stacy Lane, Irvine, Kentucky  40336 and to the Trustee, James D. Lyon, 209 E. High Street, Lexington, KY 40507.

        MAPOTHER & MAPOTHER, P.S.C.

BY:  /s/ Jessica L. Newman
     Jessica L. Newman
     Counsel for Creditor

Y7C ()/10-00745-0